## STATEMENT OF FACTS

On Sunday, January 12, 2020, United States Secret Service (USSS) Uniformed Division (UD) Officer Ryan Banville was in full police uniform and was assigned to a foot patrol in the 1600 block of Pennsylvania Avenue, Northwest, in Washington, D.C. Due to construction along the north fence line of the White House and its surrounding grounds, the roadway of the 1600 block of Pennsylvania Avenue is currently closed to public access. There are bicycle rack style security barriers in the roadway on the north side of Pennsylvania Avenue to prevent individuals who are on the north sidewalk of Pennsylvania Avenue from entering into the restricted area of the roadway. The security barriers have signage stating "Restricted Area Do Not Enter".

At approximately 1408 hours, Officer Banville observed an individual who was standing on the north sidewalk of Pennsylvania Avenue hop over the security barrier and into the restricted area of the 1600 block of Pennsylvania Avenue. Upon landing in the restricted area, the individual just stood there. The individual was later identified by the USSS as WES OSMAN from his driver's license.

Upon seeing OSMAN hop over the fence, Officer Banville approached OSMAN, saying "Yo, what are you doing?" and "Don't move!" OSMAN remained still. When Officer Banville reached OSMAN, OSMAN volunteered that he "wanted to talk to POTUS [the President of the United States]". Officer Banville then instructed OSMAN to turn around and remove his backpack (which he did), and then placed him in handcuffs. As Officer Banville placed OSMAN in handcuffs, Officer Banville advised OSMAN that he was being detained. OSMAN denied having any weapons or anything of danger on him. USSS Officer Jacob Riedel then placed OSMAN under arrest. A search of the defendant revealed paperwork from Expedia indicating that OSMAN had purchased an airline to Gaya, India for January 12, 2020, and his U.S. Passport. When asked why he jumped the fence, OSMAN stated that he had time sensitive information to deliver to the President of the United States. OSMAN also advised USSS personnel that his Army supervisor was Captain De Rosa.

At 1434 hours, USSS Special Agent (SA) Patrick Gallop and USSS Officer Hector Reyes-Arroyo from the USSS's Washington Field Office arrived at the Metropolitan Police Department's Second District to attempt a protective intelligence interview with OSMAN. After being briefed on the situation by Officer Riedel, SA Gallop and Officer Reyes-Arroyo identified themselves to OSMAN as law enforcement officers with the U.S. Secret Service. OSMAN was then verbally advised of his Miranda rights and presented with a written form advising him of his Miranda rights. OSMAN declined to read or sign the Miranda waiver, but verbally agreed to waive his Miranda rights and speak with SA Gallop and Officer Reyes-Arroyo.

OSMAN advised that he is a Second Lieutenant in the United States Army and is currently stationed at Fort Benning, Georgia.  OSMAN explained that he was absent without leave (AWOL) from the Army, and had taken a flight from Columbus, Ohio to La Guardia Airport in New York.  OSMAN indicated that he went to visit his family in Brooklyn, New York on Friday, January 10, 2020.  OSMAN further advised that he had planned a trip to Gaya, India and that the trip was supposed to depart that [Sunday] morning, but he could not make it through security checkpoints inside the airport.  OSMAN explained that he was going to India to save children that are being sexually trafficked and sexually abused.  When asked why he could not make it to the security checkpoints, OSMAN responded that he did not have any idea.  OSMAN then explained that because of that setback, OSMAN decided to take a taxi cab from La Guardia, New York airport to Washington D.C.

During the interview, OSMAN stated that he jumped the bike racks on the north fence line because he needed to speak with the President about the "true answer to the universe" and that it was a very time sensitive subject of human trafficking.  OSMAN stated that the proper channels were too slow and that nothing was being done about it.

OSMAN also stated that he has been diagnosed with bipolar disorder by a physician at Fort Benning.  OSMAN was prescribed medication, but advised that he does not comply with it because he believes that the only way to see and reach the true to the center of the universe is without his medication.  OSMAN also stated that he has been treating his bipolar disorder by overdosing with Zoloft and Klonopin.  OSMAN further stated that he also uses marijuana, but that he had not used it in a couple months.

When asked if he has other plans due to his failed attempt to enter the White House complex, OSMAN responded that he would do it again once he is out of custody (i.e., attempt to enter the White House complex again).  SA Gallop and Officer Reyes-Arroyo explained to OSMAN the risks that he takes by making such irrational decisions.  In response, OSMAN stated that this is a cause worth dying for.  OSMAN also stated that he is a big supporter of the President and his policies.

Based on the foregoing, your affiant submits that there is probable cause to believe that the defendant violated Title 18, United States Code, Section 1752(a)(1), Entering or Remaining in Restricted Building or Grounds, and Title 22, D.C. Code, Section 3302(b), Unlawful Entry (Public Property).

_____
Jacob W. Riedel
Officer, United States Secret Service

Sworn and subscribed to me before this _____ day of January, 2020.

_____
The Honorable Deborah A. Robinson
United States Magistrate Judge